MAYALL HURLEY P.C.
ROBERT J. WASSERMAN (SBN: 258538)
rwasserman@mayallaw.com
JENNY D. BAYSINGER (SBN: 251014)
jbaysinger@mayallaw.com
2453 Grand Canal Boulevard
Stockton, California 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818

Attorneys for Plaintiffs Myrica Smith, Kevin Ochonma, and the putative class

LEWIS BRISBOIS BISGAARD & SMITH LLP
JULIE W. O'DELL, SB# 291083
  E-Mail: Julie.ODell@lewisbrisbois.com
JUSTIN M. ODELL SB#312456
  E-Mail: Justin.Odell@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MYRICA SMITH, an individual, and KEVIN OCHONMA, an individual,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**DI LOGISTICS, LLC, a limited-liability corporation; and DOES 1-100, inclusive,**<br><br>    **Defendants.** | Case No.: 2:20-cv-03734-PSG-AGR<br><br>**NOTICE OF SETTLEMENT** |

Plaintiffs Myrica Smith and Kevin Ochonma (collectively, "Plaintiffs"), individually and on behalf of all others similarly situated, and Defendants DI Logistics, LLC, DI Overnite, LLC, and DI Overnite Investments, LLC (collectively "Defendants") have reached a settlement, in principle, in this matter and advise the Court accordingly as follows:

1.  On July 30, 2021, pursuant to an ADR referral from this Court, Plaintiffs and Defendant DI Logistics, LLC mediated this case with experienced class/representative action mediator David Rotman. During the mediation, DI Overnite raised concerns about its financial condition. Accordingly, the parties agreed to suspend the mediation in order for Defendant to provide financial information and so that the Parties could continue discussing resolution and potentially resume the mediation once the information had been shared and processed. The Parties further agreed to focus their efforts on serving the purposes of the Court's mediation referral, to continue exploring the potential of resolution, and determining whether an informal resolution might be possible.

2.  Over the next five (5) months, Plaintiffs and DI Logistics continued to pursue/discuss potential resolution while simultaneously diligently pursuing formal discovery.

3.  In December 2021, this Court granted Plaintiffs' request for leave to amend to add DI Overnite, LLC and DI Overnite Investments, LLC as named Defendants. Dkt. No. 38. Plaintiffs successfully filed their Third Amended Class, Collective, and Representative Action Complaint on January 7, 2022. Dkt. No. 42.

4.  There is another pending action titled *Devin Smith v. DI Logistics, LLC*, San Bernardino County Superior Court Case No. CIVDS2011469 (the "San Bernardino Action") that asserts claims arising out of facts/circumstances similar to those underscoring the claims in the pending matter.

5. Between July 2021 and the present, the Parties have continued to engage in potential resolution negotiations, both through independent discussion and with mediator Rotman. Counsel for Plaintiff in the San Bernardino Action also joined the discussion and a global resolution, in principle, was reached March 15, 2022.

6. The Parties have executed a Memorandum of Understanding memorializing the global resolution, are in the process of composing a long-form settlement agreement, and are cooperating to determine the proper logistics of the next steps, including the appropriate forum through which approval of the resolution should be sought.

7. The Parties anticipate having their long-form settlement agreement complete and a plan for the presentation of the same to either this Court, or the San Bernardino County Superior Court, within the next 30 days and will promptly file the appropriate documents with this Court.

8. Accordingly, the Parties respectfully request the Court stay/vacate all current deadlines in this matter, including the discovery cutoffs and the upcoming motion filing deadline of April 29, 2022.

9. The Parties also respectfully request the Court vacate upcoming court dates, including the Final Pretrial Conference presently scheduled for June 17, 2022 and the Jury Trial presently scheduled for July 7, 2022.

DATED: March 31, 2022          MAYALL HURLEY, P.C.

By: _/s/ Robert J. Wasserman_
　　Robert J. Wasserman
　　JENNY D. BAYSINGER
　　Attorneys for Plaintiffs and Putative Class

|   |   |   |
|---|---|---|
| 1 | DATED: March 31, 2022 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: */ s / Justin M. Odell*
JULIE W. O'DELL
JUSTIN M. ODELL
Attorneys for Defendants